UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No. 04-C-1233

APPROXIMATELY $1,775.00 IN
UNITED STATES CURRENCY,

    Defendant.

## ORDER DENYING
## REQUEST FOR COUNSEL

Charles Crenshaw has requested that I appoint an attorney to represent him in the above forfeiture matter. A default judgment has previously been entered in favor of the United States with respect to the currency. Crenshaw has appealed, and now requests that I appoint counsel to assist him in the appeal.

Crenshaw's request will be denied. Forfeitures are civil actions and parties claiming an interest in the property forfeited have no right to court appointed counsel. Moreover, given the relatively small amount of money involved, $1,775.00, the costs of providing counsel would probably exceed the amount at issue. Furthermore, Crenshaw has supplied the court with no facts or allegations suggesting that he has any defense to the foreclosure action. Absent some meritorious defense, and given the relatively small amount of money involved, I decline the request to appoint counsel at the taxpayer's expense. Accordingly, Crenshaw's motion is denied.

    **SO ORDERED**.

    Dated this  10th  day of May, 2005.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge